JAMES THEDFORD, Appellant, *v.* HENRY L. HERBERT, Respondent.

*Thedford* v. *Herbert*, 139 App. Div. 903, reversed.
(Argued October 16, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*George H. Fletcher* and *James H. Richards* for appellant.

*Lyman E. Warren* for respondent.

Judgment reversed and new trial granted, costs to abide event, on opinion rendered on previous appeal. (195 N. Y. 63.)

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.